# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RONNIE RUSSELL,                         )
   Plaintiff,                          )
                                  )   **Case No. 3:11-CV-00227 JTK**
v.                                      )
                                   )
MICHAEL J. ASTRUE, Commissioner,        )
Social Security Administration,         )
   Defendant.                          )

## FINAL JUDGMENT

Pursuant to the Order of Dismissal entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's case is DISMISSED WITH PREJUDICE.

SO ORDERED this 13th day of December, 2012.

_____
United States Magistrate Judge